# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO COLLINS,<br><br>             Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:11-at-00347<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

Plaintiff Alphonso Collins filed a complaint on June 10, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:   June 13, 2011**                        /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE