```
Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Alphonso Collins,<br>　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security<br>　　　Defendant. | CASE NO. 1:11-CV-00955-LJO-GSA<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

　　IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 14-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is November 30, 2011. The new due date will be December 14, 2011. The scheduling order should be modified accordingly.

Dated: December 1, 2011　　　　　　　/s/ Sengthiene Bosavanh

　　　　　　　　　　　　　　　　　　　SENGTHIENE BOSAVANH, ESQ.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: December 1, 2011　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By: /s/Sundeep R. Patel
　　　　　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　　　　　SUNDEEP R. PATEL
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

　　IT IS SO ORDERED.

　　Dated:　**December 1, 2011**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE